**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

LUMINATI NETWORKS LTD.

       Plaintiff,

   v.

CODE200, UAB; OXYSALES, UAB;
METACLUSTER LT, UAB

       Defendants.

Case No.  2:19-cv-396

**JURY TRIAL DEMANDED**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Luminati Networks

Ltd., by its undersigned counsel, states that IPPN Group Ltd. owns 10% or more of the stock of

Luminati Networks Ltd.

Dated: December 6, 2019

Respectfully submitted,

*/s/ Korula T. Cherian*

S. Calvin Capshaw
State Bar No. 03783900
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com

Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Suite 350
Berkeley, CA  94702

2

Amadou Kilkenny Diaw
Corrine Saylor Davis
Ronald Wielkopolski
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006

**ATTORNEYS FOR PLAINTIFF**
**LUMINATI NETWORKS LTD.**