# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

Luminati Networks, Ltd,

   Plaintiff,

  vs.

Code200, UAB, Oxysales, UAB, and
Metacluster LT, UAB

   Defendants.

Case No. 2:19-cv-0396

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Defendant

Code200, UAB and is authorized to receive service of all pleadings, notices, orders and other

papers in the above-captioned matter on behalf of Code200, UAB.

Dated: June 11, 2020

Respectfully submitted,

Michael C. Smith
State Bar No. 18650410
Siebman, Forrest, Burg & Smith, LLP
113 E. Austin Street
Marshall, Texas 75671
Office: (903) 938-8900
michaelsmith@siebman.com


COUNSEL FOR DEFENDANTS

Code200, UAB, Oxysales, UAB, and
Metacluster LT, UAB