IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Luminati Networks Ltd.,** | |
| Plaintiff, | Civil Action No. |
| v. | 2:19-cv-00396-JRG |
| **Code200, UAB, Oxysales, UAB, and Metacluster LT, UAB,** | |
| Defendants. | |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER TO EXTEND
BURDEN EXPERT REPORT DEADLINE BY ONE BUSINESS DAY**

Plaintiff Luminati Networks Ltd. and Defendants Code200, UAB, Oxysales, UAB, and Metacluster LT, UAB (collectively, the "Parties") respectfully request a one business day extension of time—i.e., from Friday, February 26 to Monday, March 1, 2021—to submit their burden expert reports. In support thereof, the Parties state that the additional time will provide the parties time to incorporate the Court's claim construction ruling into the relevant reports and that the parties' counsel have been filing summary judgment, *Daubert*, and pre-trial materials in the co-pending *Teso* case, thus necessitating the requested short extension. The Parties also state that attorneys working on this matter residing in Texas had their ability to work last week adversely affected by the recent storms. Further, no other deadlines will be affected by the requested extension. All Parties join in the instant motion. The Parties have submitted a proposed Docket Control Order herewith for the Court's consideration.

Dated: February 25, 2021

Respectfully submitted,

s/Robert Harkins
J. MARK MANN
  Texas State Bar No. 12926150
  mark@themannfirm.com
G. BLAKE THOMPSON
  Texas State Bar No. 24042033
  blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
Telecopier: (903) 657-6003

KORULA T. CHERIAN
  sunnyc@ruyakcherian.com
ROBERT HARKINS
  bobh@ruyakcherian.com
**RUYAKCHERIAN LLP**
1936 University Avenue, Suite 350
Berkeley, California 94702
Telephone: (510) 944-0192

RONALD WIELKOPOLSKI
  ronw@ruyakcherian.com
**RUYAKCHERIAN LLP**
1901 L Street, NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

S. CALVIN CAPSHAW
  Texas State Bar No. 03783900
  ccapshaw@capshawlaw.com
ELIZABETH L. DERIEUX
  Texas State Bar No. 05770585
  ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

*Counsel for Luminati Networks, Ltd.*

Dated: February 25, 2021                    Respectfully submitted,

                                                           s/Steven Callahan
MICHAEL C. SMITH
  Texas State Bar No. 18650410
  michaelsmith@siebman.com
**SIEBMAN, FORREST,**
**BURG & SMITH LLP**
113 East Austin Street
Marshall, Texas 75671
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CRAIG TOLLIVER
  Texas State Bar No. 24028049
  ctolliver@ccrglaw.com
GEORGE T. "JORDE" SCOTT
  Texas State Bar No. 24061276
  jscott@ccrglaw.com
MITCHELL SIBLEY
  Texas State Bar No. 24073097
  msibley@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendants Code200, UAB, Oxysales, UAB, and Metacluster LT, UAB*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that, on February 25, 2021, he met and conferred with Luminati's counsel and Luminati has advised that it joins this motion and agrees to the relief requested herein.

s/Steven Callahan
STEVEN CALLAHAN

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 25, 2021. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

s/Steven Callahan
STEVEN CALLAHAN
