IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT DATA LTD. | § § | |
| v. | § § | Case No. 2:19-cv-00396-JRG |
| CODE 200, UAB, et al | § § | |

### ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So Ordered this**
**Oct 19, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE