IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT DATA LTD., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00396-JRG |
| CODE200, UAB, OXYSALES, UAB, | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Bright Data's Motion for Continuance (the "Motion") filed by Plaintiff Bright Data Ltd. ("Bright Data"). (Dkt. No. 256). On November 17, 2021, the Court ordered mediation to occur in the above-captioned case before the Hon. David Folsom within 45 days in view of the November 5, 2021 Jury Verdict in Case No. 2:19-cv-395 (the "*Teso* Case"). In the Motion, Bright Data requests that the Court continue the December 6, 2021 jury selection date in the above-captioned case to allow the parties to focus on meaningful mediation. (*See id*.). Bright Data states that it believes any resolution of the *Teso* Case through mediation would very likely also resolve the above-captioned case. (*Id*.).

Having considered the Motion, the Court finds that it has merit and should be **GRANTED**. The Court finds that a continuance is appropriate in light of the Jury Verdict in the *Teso* case and the parties' ongoing mediation efforts. Accordingly, jury selection in the above-captioned case is hereby **CONTINUED** and the above-captioned case is removed from the Court's December 6, 2021 trial schedule. A future jury selection date will be set by subsequent Court Order.

Bright Data's Unopposed Motion to Expedite Briefing on Plaintiff's Motion for Continuance (Dkt. No. 257) is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 19th day of November, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE