IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT DATA LTD. | § § | |
| v. | § § | Case No. 2:19-CV-0396-JRG |
| CODE200, UAB, ET AL. | § | |

## JOINT STATUS REPORT REGARDING MEDIATION

Pursuant to the Court's November 17, 2021 mediation orders ("Mediation Order")[1] entered in each of the *Bright Data Ltd. v. Teso LT, UAB et. al.*, Case No. 2:19-CV-00395 ("*Teso* Action"), *Bright Data Ltd. v. Code200, UAB et. al.*, Case No. 2:19-CV-00396 ("*Code200* Action") and *Bright Data Ltd. v. Tefincom S.A.*, Case No. 2:19-CV-00396 ("*Tefincom* Action") (collectively, "Related Actions") and subsequent orders regarding the same, the Parties held an in-person mediation on January 6, 2021 before Judge Folsom regarding the Related Actions.  Pursuant to the Court's December 15, 2021 Order ("Stay Order," Dkt. 543) in the *Teso* Action, Plaintiff Bright Data Ltd. ("Luminati") and Defendants Teso LT, UAB, Metacluster LT, UAB and Oxysales, UAB (collectively, "Defendants") respectfully file this Joint Status Report.[2]  The mediation concluded without a resolution of any of the Related Actions.

**Plaintiff's Position**:  Bright Data engaged in mediation in good faith, but the mediation concluded without any resolution.  Although Defendants professed to need a stay of the actions to focus on settlement, in fact they used that time to (1) file an IPR petition on December 23, 2021

---

[1] The same Mediation Order was entered in each of the *Teso* Action (Dkt. 528), *Code200* Action (Dkt. 255), and *Tefincom* Action (Dkt. 176).
[2] While only the Stay Order in the *Teso* Action included the Joint Status Report requirement, out of an abundance of caution, this same status report is being filed in all Related Cases.

supported by an expert declaration signed the same day against a Bright Data patent that is not even at issue in the lawsuits, thus expanding the disputes among the parties, and (2) preparing a new patent infringement complaint that they filed on January 7, 2022 the morning after the mediation entitled *Metacluster LT, UAB v. Bright Data Ltd.*, Case No. 2:22-cv-11 (only four days after Defendants opposed the lifting of the Stay Order on the grounds that "Bright Data has a history of filing new lawsuits against Oxylabs on the verge of significant case events." *Teso* Action, Dkt. 564 at 2).[3]  Bright Data believes these actions are consistent with Defendants' general posture regarding the settlement process and evince that the mediation discussions have now concluded without a settlement being reached in any of the matters.

**Defendants' Position**: Defendants have been fully engaged in the mediation process.  Four client representatives traveled from Lithuania to Dallas, Defendants arrived at the mediation with multiple options to reach a resolution and fully participated in the process. In spite of these efforts, the matters did not resolve.

Dated: January 10, 2022

Respectfully submitted,

/s/ Ronald Wielkopolski
J. MARK MANN
  Texas State Bar No. 12926150
  mark@themannfirm.com
G. BLAKE THOMPSON

---

[3] Oxylabs has widely publicized its new complaint including through a press release and its own webpage touting its litigation against Bright Data.  See e.g. https://markets.businessinsider.com/news/stocks/oxylabs-sues-bright-data-in-patent-infringement-case-1031088447, https://www.yahoo.com/now/oxylabs-sues-bright-data-patent-144400197.html and https://oxylabs.io/legal-timeline.

    Texas State Bar No. 24042033
    blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
Telecopier: (903) 657-6003

KORULA T. CHERIAN
  sunnyc@ruyakcherian.com
ROBERT HARKINS
  bobh@ruyakcherian.com
**RUYAKCHERIAN LLP**
1936 University Avenue, Suite 350
Berkeley, California 94704
Telephone: (510) 944-0187

RONALD WIELKOPOLSKI
  ronw@ruyakcherian.com
THOMAS DUNHAM
  tomd@ruyakcherian.com
COLBY DAVIS
  colbyd@ruyakcherian.com
**RUYAKCHERIAN LLP**
1901 L Street, NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

S. CALVIN CAPSHAW
  Texas State Bar No. 03783900
  ccapshaw@capshawlaw.com
ELIZABETH L. DERIEUX
  Texas State Bar No. 05770585
  ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

*Counsel for Bright Data Ltd.*

Dated: January 10, 2022

BRETT C. GOVETT
  Texas State Bar No. 08235900
  brett.govett@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
  Texas State Bar No. 24050923
  daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

Respectfully submitted,

/s/ Brett C. Govett
MICHAEL C. SMITH
  Texas State Bar No. 18650410
  michael.smith@solidcounsel.com
**SCHEEF & STONE, LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CRAIG TOLLIVER
  Texas State Bar No. 24028049
  ctolliver@ccrglaw.com
GEORGE T. "JORDE" SCOTT
  Texas State Bar No. 24061276
  jscott@ccrglaw.com
MITCHELL SIBLEY
  Texas State Bar No. 24073097
  msibley@ccrglaw.com
JOHN HEUTON
  Admitted *Pro Hac Vice*
  jheuton@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendants Code200, UAB, et al*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 10th day of January, 2022, with a copy of this document via electronic mail.

/s/ Ronald Wielkopolski