## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| BRIGHT DATA LTD., | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:19-CV-00396-JRG |
| | § | |
| CODE200, UAB, OXYSALES,UAB, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Court enters this Order *sua sponte*. The Court **ORDERS** that the above-captioned case be **STAYED** and **administratively closed** pending any appeal and entry of a final and non-appealable judgment in *Bright Data Ltd. v. Teso LT. UAB et al.*, Case No. 2:19-cv-395 (the "-395 Case"). The parties are permitted to file a motion to re-open and un-stay this case, if needed, following such finality being achieved in the -395 Case, which includes review by the Supreme Court of the United States or an expiration of the time during which review by the Supreme Court could be granted.

**So ORDERED and SIGNED this 6th day of September, 2022.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE